UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.T.S.,

                        Petitioner,

            -v-

KENNETH GENALO, *et al.*,

                        Respondents.

26-CV-04168 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Based on the Government's representation in its letter at ECF 5, it appears that at the time of the filing of the Petition for Writ of Habeas Corpus, ECF 1, Petitioner was in Newark, New Jersey.  Accordingly, this Court finds that jurisdiction and venue in this habeas corpus action brought under 28 U.S.C. § 2241 properly lie in the United States District Court for the District of New Jersey, where Petitioner was confined at the time the petition was filed.  *See Ozturk v. Hyde*, 136 F.4th 382, 391 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268, 286-92 (S.D.N.Y. 2025).

The Order at ECF No. 4 enjoining Petitioner's removal from the United States shall remain in effect unless and until the transferee court orders otherwise.  *See id.* at 291.

Accordingly, this case is hereby TRANSFERRED pursuant to 28 U.S.C. § 1406(a) to the United States District Court for the District of New Jersey.  The Clerk of Court is directed to transfer the case immediately, and the seven-day waiting period in Local Rule 83.1 is waived.

SO ORDERED.

Dated: May 26, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge